PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

L. JAMALA EDWARDS, OR 010369
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2732
Fax:  (206) 615-2531
jamala.edwards@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL WILCE JOHNSON, | Case No.: 1:22-cv-01636-EPG |
| Plaintiff, | ORDER RE: STIPULATION FOR AN EXTENSION OF TIME |
| vs. | |
| KILOLO KIJAKAZI, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from February 27, 2023, up to and including March 27, 2023. This is the Defendant's first request for an extension. Defendant requests this extension because the certified administrative transcript (CAR) is not yet available in this case.  Defendant therefore cannot respond to Plaintiff's Complaint. Once the CAR arrives, Defendant will need to

1

review it for defects before submitting it. For these reasons, Defendant asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint. Plaintiff does not oppose Defendant's request for an extension of time. The Defendant requests that the Court's Scheduling Order shall be modified accordingly.

                              Respectfully submitted,

Dated: February 17, 2023        /s/ *Josephine Gerrard*
                                    as authorized
                                    Attorney for Plaintiff

Dated: February 17, 2023        PHILLIP A. TALBERT
                                    United States Attorney
                                    MATHEW W. PILE
                                    Associate General Counsel
                                    Social Security Administration

                        By:    /s/ *L. Jamala Edwards*
                                    L. Jamala Edwards
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation (ECF No. 7), IT IS SO ORDERED that Defendant shall have an extension, up to and including March 27, 2023, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  **February 17, 2023**               /s/ *Erin P. Grosjean*
                                            UNITED STATES MAGISTRATE JUDGE